IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07MC00030-DLB |
| Plaintiff, ) | |
| ) | *(Proposed)* |
| v. ) | ORDER FOR DISBURSEMENT OF |
| ) | FUNDS TO THE UNITED STATES |
| CHERRI L. BROWN, ) | AND FOR TERMINATION OF THE |
| ) | WRIT OF CONTINUING |
| Defendant and ) | GARNISHMENT (WAGES) |
| Judgment Debtor. ) | |
| ALBERTSONS, ) | |
| Garnishee. ) | |

Pursuant to the Request for Entry of Order for Disbursement of Funds to the United States and for Termination of Continuing Garnishment (Wages),

IT IS ORDERED that the garnishee Albertsons, shall forward to the U.S. District Court Clerk the remaining funds, which is approximately $458.90, held pursuant to the Writ of Continuing Garnishment (Wages).

///

///

1

1
2     IT IS FURTHER ORDERED that upon payment of these funds to the
3 Clerk of the Court at 501 I Street, Suite 4-200, Sacramento,
4 California 95814, this Garnishment shall terminate.
5     IT IS SO ORDERED.
6     Dated:   **February 28, 2008**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE